1  Mark A. Winsor, Esq., State Bar # 022099
   Andrea W. Fancher, Esq., State Bar # 025470
2  LAW OFFICES OF MARK A. WINSOR, PLC.
   U.S. Bank Building
3  One North Macdonald Road, Fourth Floor
   Mesa, AZ 85201
4  Phone (480) 505-7044
   Fax    (480) 383-6975
5  Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| JOHN A. STOCKER, an individual, PATSY N. STOCKER, an individual, <br><br> vs. <br><br> SIERRA PACIFIC MORTGAGE SERVICES, INC., a California corporation, HOMECOMINGS FINANCIAL, LLC, a Delaware corporation, JOHN AND JANE DOES 1 – 10, <br>                Defendants. | Case No.: 3:07-cv-08113 <br><br> **NOTICE OF LODGING PROPOSED ORDER TO DISMISS DEFENDANT SIERRA PACIFIC MORTGAGE SERVICES ONLY** <br><br> (Assigned to the Hon. Neil V. Wake) |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, John A. Stocker and Patsy N. Stocker, by and through their undersigned counsel, have lodged their proposed order to dismiss Defendant Sierra Pacific Mortgage Services from the above-captioned suit.

Dated this 26th day of February, 2008.

**LAW OFFICES OF MARK A. WINSOR, PLC**

/s/ Mark A. Winsor
Mark A. Winsor, Esq.
Attorney for Plaintiffs

Original filed and copies sent via e-mail,
delivery receipt requested, on this 26th
day of February, 2008 to:

Doug Toleno

1  Pite Duncan, LLP
   PO Box 12289
2  El Cajon, CA 92022-2289
3  dtoleno@piteduncan.com
   Attorney for Homecomings Financial, LLC
4
   Peter Moolenaar
5  Dioguardi Flynn Jones LLP
   7001 N. Scottsdale Road, Suite 2060
6  pmoolenaar@dfjlaw.com, ejordan@dfjlaw.com
   Scottsdale, AZ 85253
7

8  By: AWF