Mark A. Winsor, Esq., State Bar # 022099
Andrea W. Fancher, Esq., State Bar # 025470
LAW OFFICES OF MARK A. WINSOR, PLC.
U.S. Bank Building
One North Macdonald Road, Fourth Floor
Mesa, AZ 85201
Phone (480) 505-7044
Fax    (480) 383-6975
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| JOHN A. STOCKER, an individual,<br>PATSY N. STOCKER, an individual,<br><br>      vs.<br><br>SIERRA PACIFIC MORTGAGE SERVICES,<br>INC., a California corporation,<br>HOMECOMINGS FINANCIAL, LLC, a<br>Delaware corporation, JOHN AND JANE DOES<br>1 – 10,<br>        Defendants. | **Case No.: 3:07-cv-08113**<br><br>**PROPOSED ORDER TO DISMISS<br>DEFENDANT SIERRA PACIFIC<br>MORTGAGE SERVICES ONLY**<br><br>(Assigned to the Hon. Neil V. Wake) |

HAVING RECEIVED AND REVIEWED Plaintiffs Motion to Dismiss Defendant Sierra Pacific Mortgage Services, and good cause appearing therefore,

IT IS HEREBY ORDERED, dismissing Defendant Sierra Pacific Mortgage Services, with prejudice and without cost, each party to bear their own attorneys' fees.

Done in open court this _____ day of _____, 2008.

_____
Honorable Neil V. Wake
U.S. District Court Judge