1 Mark A. Winsor, Esq., State Bar # 022099
Andrea W. Fancher, Esq., State Bar # 025470
2 LAW OFFICES OF MARK A. WINSOR, PLC.
U.S. Bank Building
3 One North Macdonald Road, Fourth Floor
Mesa, AZ 85201
4 Phone (480) 505-7044
Fax    (480) 383-6975
5 Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

6 **FOR THE DISTRICT OF ARIZONA**

7 **PHOENIX DIVISION**

| | |
|---|---|
| 8 JOHN A. STOCKER, an individual,<br>PATSY N. STOCKER, an individual,<br>9 | **Case No.: 3:07-cv-08113** |
| 10    vs.<br>11 | **MOTION TO DISMISS CASE** |
| 12 SIERRA PACIFIC MORTGAGE SERVICES,<br>INC., a California corporation,<br>13 HOMECOMINGS FINANCIAL, LLC, a<br>Delaware corporation, JOHN AND JANE DOES<br>14 1 – 10,<br>      Defendants.<br>15 | (Assigned to the Hon. Neil V. Wake) |

16      COMES NOW, John A. Stocker and Patsy N. Stocker ("Plaintiffs"), by and through

17 undersigned counsel, and having executed a settlement agreement with Homecomings Financial,

18 LLC, hereby submit their motion to dismiss this case, with prejudice and without costs, each

19 party to bear their own attorneys' fees.

20      RESPECTFULLY SUBMITTED this 28th day of February, 2008.

21

22                 LAW OFFICES OF MARK A. WINSOR, PLC

23                 /s/ Mark A. Winsor
Mark A. Winsor, Esq.
24                 Attorney for Plaintiffs

25

26 Original filed and copies sent via e-mail,
delivery receipt requested, on this 28th
day of February, 2008 to:
27

28

1   Doug Toleno
    Pite Duncan, LLP
2   PO Box 12289
    El Cajon, CA 92022-2289
3   dtoleno@piteduncan.com
4   Attorney for Homecomings Financial, LLC

5   Peter Moolenaar
    Dioguardi Flynn Jones LLP
6   7001 N. Scottsdale Road, Suite 2060
    Scottsdale, AZ 85253
7   pmoolenaar@dfjlaw.com, ejordan@dfjlaw.com
8   Attorney for Sierra Pacific

9
    By: AWF
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28