IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John A. Stocker, et. al., ) | No. CV07-8113-PCT-NVW |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Sierra Pacific Mortgage Services, Inc., et. al., ) | |
| Defendants. ) | |

The Court has received and reviewed the Plaintiff's Motion to Dismiss Case [doc. 17], and good cause appearing therefore,

IT IS HEREBY ORDERED dismissing this case, with prejudice and without cost, each party to bear their own attorneys' fees.

DATED this 28th day of February, 2008.

_____
Neil V. Wake
United States District Judge